AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Atlas, Nancy F | 2. Court or Organization<br><br>U.S.D.C. - S.D. Tx. | 3. Date of Report<br><br>05/18/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>United States District Court<br>515 Rusk Street, Room 9015<br>Houston, TX 77002 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ `_Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Associate Member | VICTORY (Houston American Cancer Society) |
| 2.   Co-Trustee | Trust 1 |
| 3.   Co-Trustee | Trust 2 |
| 4.   Co-Trustee | Trust 3 |
| 5.   Co-Trustee | Trust 4 |
| 6.   Co-Trustee | Trust 5 |
| 7.   Co-Trustee | Trust 6 |
| 8.   Co-Trustee | Trust 7 |
| 9.   Committee Co-Chair | American Bar Association Section of Litigation |

RECEIVED 2007 MAY 29 A 10: 45 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 4/1-12/31 | ▇▇▇▇▇▇ (Law Firm), Partner |
| 2. 1/1-3/31 | ▇▇▇▇▇ (Law Firm), Partner |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Bar Association Section of Litigation | 01/19-1/22 - Winter Conference Meeting, Jacksonville, FL (transportation, lodging, and meals) |
| 2. New York University School of Law | 04/06-04/09 - Speaking engagement to students and prospective students, New York, NY (transportation, lodging and meals) |
| 3. | |
| 4. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F | 05/18/2007 |

5.



| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F | 05/18/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | (Section V Note 1) | See Section VIII | $ 0.0 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

☒ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F | 05/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Berkshire Fund | | None | J | U | Buy | FN 2 | J | | |
| 2. Cisco Systems Inc. | | None | | | Sell | 2/7 | J | C | |
| 3. Compass Bank | | None | J | T | | | | | |
| 4. Diamond Castle Partner IV, L.P. | A | Dividend | K | U | Buy | 7/5 | K | | |
| 5. Diamond Castle Partner IV, Offshore Fund, L.P. | | None | K | U | Buy | FN 6 | K | | |
| 6. Diamond Castle Partner IV, PRC L.P. | | None | K | U | Buy | 11/22 | K | | |
| 7. Dreyfus Appreciation Fund | E | Int./Div. | O | T | Buy | 2/21 | L | | |
| 8. Ebay, Inc. | | None | | | Sell | 3/29 | J | A | |
| 9. EGL, Inc. | | None | J | T | | | | | |
| 10. EOG Resources, Inc. | A | Dividend | J | T | | | | | |
| 11. Equitable Universal Life Insurance | | None | L | T | | | | | |
| 12. Franklin Templeton Mutual Beacon Fnd | | None | | | Donate | 4/6 | M | | |
| 13. Intel Corp. | A | Dividend | | | Sell | 2/7 | J | D | |
| 14. IRA: Dreyfus Appreciation Fund | D | Int./Div. | M | T | Buy | 1/17 | J | | |
| 15. IRA: Vanguard 500 Index Fund | D | Int./Div. | O | T | Partial Sell | 2/16 | J | | |
| 16. ITT Hartford Annuity | | None | L | T | | | | | |
| 17. J. Crew Group, Inc. | | None | J | T | Buy | 7/3 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F | 05/18/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP Morgan Chase Bank | | None | J | T | | | | | |
| 19. Merrill Lynch Bank Deposit Program (FN17) | A | Interest | | | Sell | 2/14 | K | | |
| 20. MetLife Investors Group Inc. | | None | M | T | | | | | |
| 21. Nexus BT, LLLP | D | Int./Income | J | U | | | | | |
| 22. Nexus Members 1999 Drilling Fund LLLP | B | Int./Income | J | U | | | | | |
| 23. Nexus Resources LLC-Preferred | E | Int./Income | K | U | | | | | |
| 24. Real Property, Travis County, TX | | None | N | Q | | | | | |
| 25. St. Clair, Patricia & Kellee | | None | J | T | Lend | 06/05 | K | | |
| 26. Sigma Alpha Epsilon | | None | | | Forgive | 01/09 | J | | |
| 27. T. Rowe Price Small Cap Value Fund | D | Int./Div. | M | T | | | | | |
| 28. TD Ameritrade (formerly "TD Waterhouse") Money Market Acct. | A | Interest | J | T | | | | | |
| 29. Texas Regional Bancshares, Inc. - Common | E | Dividend | | | Sell | FN 3 | P1 | | |
| 30. Texas State Bank, Houston, TX | B | Interest | N | T | | | | | |
| 31. Texas State Bank,Houston,TX Freedom Invest Money Market Fund | D | Interest | P1 | T | Buy | 5/30 | N | | |
| 32. Tower Equity '84 Ltd. Partnership (FN 7) | A | Int./Div. | J | U | | | | | |
| 33. TPG Partners V, L.P. | | None | J | U | Buy | FN 4 | J | | |
| 34. U.S. Savings Bond (Series EE) | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F | 05/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. ▮▮▮▮ Capital Account | | | None | N | T | | | | | |
| 36. ▮▮▮▮ Pension Plan (FN5) | | | None | M | W | | | | | |
| 37. ▮▮ 401(K) (FN 9) | | | Int./Div. | P1 | T | Buy | FN 9 | K | | |
| 38. Vanguard 500 Index Fund | E | | Int./Div. | O | T | | | | | |
| 39. Vanguard Emerging Markets Index Fund | A | | Int./Div. | J | T | Buy | 09/08 | J | | |
| 40. Vanguard Extended Market Index Fund | C | | Int./Div. | N | T | Buy | 9/8 | J | | |
| 41. Vanguard Mid-Cap Index Fund | A | | Int./Div. | J | T | Buy | 09/08 | J | | |
| 42. Vanguard Pacific Stock Index Fund | A | | Int./Div. | J | T | Buy | 9/8 | J | | |
| 43. Vanguard Short-Term Bond Fund (FN1) | | | None | K | T | Partial Sell | 1/17 | J | | |
| 44. Vanguard Small-Cap Index fund | A | | Int./Div. | J | T | | | | | |
| 45. Vanguard Total Stock Market Fund (FN1) | | | None | J | T | Partial Sell | 1/17 | J | | |
| 46. Weingarten Realty Investors | A | | Dividend | J | T | Partial Sell | 7/5 | J | A | |
| 47. WG&M Capital Account | | | None | L | T | | | | | |
| 48. Yahoo, Inc. | | | None | | | Sell | 3/29 | J | A | |
| 49. TRUST 1 | E | | Int./Div. | N | T | | | | | |
| 50. - Dreyfus Appreciation Fund | | | | | | | | | | |
| 51. TRUST 2 | D | | Int./Div. | N | T | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F | 05/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Texas State Bank, Houston, TX | | None | | | | | | | |
| 53. - Vanguard Emerging Markets Stock Index Fund | | Int./Div. | | | | | | | |
| 54. - Vanguard European Stock Index Fund | | Int./Div. | | | | | | | |
| 55. - Vanguard Extended Market Index Fund | | Int./Div. | | | | | | | |
| 56. - Vanguard Mid-Cap Index Fund | | Int./Div. | | | | | | | |
| 57. - Vanguard Small-Cap Index Fund | | Int./Div. | | | | | | | |
| 58. - Vanguard 500 Index Fund | | Int./Div. | | | | | | | |
| 59. TRUST 3 | C | Int./Div. | M | T | | | | | |
| 60. - Texas State Bank, Houston TX | | None | | | | | | | |
| 61. - Vanguard European Stock Index Fund | | Int./Div. | | | | | | | |
| 62. - Vanguard Mid-Cap Index Fund | | Int./Div. | | | | | | | |
| 63. - Vanguard Small-Cap Index Fund | | Int./Div. | | | Buy | 02/21 | J | | |
| 64. - Vanguard 500 Index Fund | | Int./Div. | | | | | | | |
| 65. TRUST 4 | | None | L | T | | | | | |
| 66. - Mercury Equity Index Fund | | None | | | | | | | |
| 67. TRUST 5 | A | Int./Div. | N | T | | | | | |
| 68. - American General Life Ins. Co. (Universal | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less F –$50,001 - $100,000 | B –$1,001 - $2,500 G –$100,001 - $1,000,000 | C –$2,501 - $5,000 H1 –$1,000,001 - $5,000,000 | D –$5,001 - $15,000 H2 –More than $5,000,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less N –$250,001 - $500,000 | K –$15,001 - $50,000 O –$500,001 - $1,000,000 | L –$50,000 - $100,000 P1 –$1,000,001 - $5,000,000 | M –$100,001 - $250,000 P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 –$25,000,001 - $50,000,000 Q –Appraisal U –Book Value | R –Cost (Real Estate Only) V –Other | P4 –More than $50,000,000 S –Assessment W –Estimated | T –Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F | 05/18/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Life Ins.) | | | | | | | | | |
| 69.  - Jefferson Pilot Life Insurance Co. (Universal Life Ins.) | | None | | | | | | | |
| 70.  - Vanguard 500 Index Fund | | Int./Div. | | | | | | | |
| 71.  TRUST 6 (FN 8) | D | Div/Int. | M | T | | | | | |
| 72.  - Active Assets Money Trust Acct. | | Interest | | | | | | | |
| 73.  - Buckeye Partners LP | | Interest | | | | | | | |
| 74.  Citizen Ppty | | Dividend | | | Buy | FN 10 | L | | |
| 75.  Citizen Ppty | | Dividend | | | Sell | 03/13 | K | | |
| 76.  - Forest City Ent. | | Dividend | | | | | | | |
| 77.  - Healthcare Realty Trust | | Interest | | | | | | | |
| 78.  - Muni Bond (IL): Illinois Health Facs - Silver Cross | | Interest | | | | | | | |
| 79.  - Muni bond (FL): Jacksonville Sew | | Interest | | | | | | | |
| 80.  - Nabisco Debenture | | Interest | | | | | | | |
| 81.  Nokia CP ADR | | Dividend | | | | | | | |
| 82.  - PS Business Park | | Dividend | | | | | | | |
| 83.  - Time Warner, Inc. Debenture | | Interest | | | | | | | |
| 84.  - U.S. Treasury Bond 5/15/06 | | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q –Appraisal | V –Other | S –Assessment | T –Cash Market | |
| | U –Book Value | | W –Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Atlas, Nancy F | 05/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85.   - U.S. Treasury Note 5/15/16 | | Interest | | | Redeem | 5/15 | K | | |
| 86.   - Unit MIT Muni Put NY 1 | | Interest | | | | | | | |
| 87.   TRUST 7 (FN 8) | D | Div./Int. | N | T | | | | | |
| 88.   - Active Assets Acct. & Money Trust | | Interest | | | | | | | |
| 89.   - General Electric | | Dividend | | | | | | | |
| 90.   - Glimcher Realty | | Dividend | | | | | | | |
| 91.   - JP Morgan Chase | | Dividend | | | | | | | |
| 92.   - Muni Bond (FL): Cape Coral Health Facs A | | Interest | | | | | | | |
| 93.   - Muni Bond (FL): Jacksonville Pollution Control | | Interest | | | | | | | |
| 94.   - Muni Bond (NY): New York City G.O. Rfdg. Ser. F | | Interest | | | | | | | |
| 95.   - Muni Bond (TN): Tennessee Housing Dev. | | Interest | | | | | | | |
| 96.   - PS Business Park | | Dividend | | | | | | | |
| 97.   Tchrs Clg T/28BE | | Interest | | | Buy | 02/15 | K | | |
| 98.   Tchrs Clg T/28BE | | Interest | | | Sell | 03/14 | K | | |
| 99.   - Trans Canada Ltd. Pfd Sec. 8.25% | | Interest | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Section V Notes:

(1) A few times each year, friends invite my spouse and me to sit with them at tables they have purchased at charity events. We occasionally invite friends to do the same, i.e., join us at tables we have purchased for charity events. Since my confirmation, each time a friend has invited us to sit at his/her table, my husband has made a contribution to the organization hosting the event equal to or greater than the fair market value of two tickets to the event. Each time, the invitation has come from a close friend whose friendship long predated my nomination. A few of those friends are lawyers and could someday represent clients in my court. To my knowledge, none of those friends was a party or represented clients in my court at the time of the event at which we sat at their table.

Section VII Notes:

(1) This is an investment in a 529 College Savings Plan. No dividends or interest are received, since the Plan invests in a trust, which in turn invests in mutual funds; so the trust, not the plan, receives earnings.

(2) Berkshire Fund VII, L.P.: purchases made on 11/10/06 and 12/18/06, each with the value of J.

(3) Texas Regional Bancshares, Inc.- Common: sales made on 11/10/06 (with the value of M) and 12/18/06 (with the value of P1).

(4) TPG Partners V, L.P.: purchases made on 10/10/06, 11/17/06, and 12/15/06, each with the value of J.

(5) Annual payment (beginning 1/15/15) of a fixed amount times years of service starting 1/1/95. Present value was provided by ▮▮▮▮▮ law firm.

(6) Diamond Castle Partner IV, Offshore Fund, L.P.: purchases made 7/5/06 (with the value of K) and 11/22/06 (with the value of J).

(7) Tower Equity: This partnership interest reflects passive investments by my spouse. ▮▮▮▮▮ has no business activity or management role in connection with this investment.

(8) ▮▮▮▮▮ ceased being trustees of these trusts on 5/17/06. The assests were transferred from our custody in 06/06.

(9) ▮▮▮▮▮ participates in the ▮▮▮▮▮ Retirement Plans A and B. These are individual account defined contribution plans qualified under I.R.C. Section 401(a). The contributions by the firm are fixed. Retirement Plan A has a salary reduction I.R.C. Section 401(k) feature. The Trustee of the Plan is JPMorgan Chase Bank, N.A., Houston, Texas. ▮▮▮▮▮ has no investment discretion with respect to the investments of this defined contribution plan, except for the after-tax contribution component as to which he has the liminted discretion to choose any of a number of funds that are available. The General Investment Fund is mostly an equity fund managed by several outside investment advisors. The firm made deductions from ▮▮▮▮▮ payroll account, each in the value of J, on the following dates during the reporting period: 2/1, 3/1. I cannot determine how much of the change in total market value since last year was due to interest and dividends. JP Morgan Chase informed ▮▮▮▮▮ that they cannot provide me with this information.

(10) Citizen Ppty: purchases made on 02/15/06, 02/21/06, and 3/13/06, each with the value of K.

| Name of Person Reporting | Date of Report |
|---|---|
| Atlas, Nancy F | 05/18/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____        Date____May 21, 2007____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544